UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00431-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ERNEST EDWARD MARTINEZ,
    a/k/a WILFRED BREWER,

    Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set for **Monday, May 17, 2010, at 3:30 p.m.**

    Dated: April 20, 2010